

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024

May 7, 2024

**Via ECF & Email**
Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re:    *Billboard Media, LLC v. Lauren Wray*, No. 23-cv-7809 (AT)

Dear Judge Torres,

    My office represents Respondent Lauren Wray ("Respondent") in the above-referenced action. We write, with the consent of Petitioner Billboard Media, LLC ("Petitioner"), to request an extension of the deadlines for Respondent to file objections to Magistrate Judge Cave's Report and Recommendation, ECF No. 21 ("R&R").

    On April 25, 2024, Magistrate Judge Cave issued a report and recommendation on Petitioner's Petition to Compel Arbitration. Pursuant to Fed. R. Civ. P. 72, Respondent's objection to the R&R would be due on May 9, 2024. Respondent respectfully requests a three-week extension of time, until May 30, 2024, to submit her objections. The additional time is needed due to the complexity of the issues presented by the Petition and the R&R, and due to the fact that my office has several other previously-scheduled motion deadlines this week.

    We have conferred with Petitioner's counsel, who consent to this request provided that Petitioner be given three weeks to respond to Respondent's objections—i.e., until June 20, 2024.

    We have not previously requested an extension of time to file this objection, and this extension will not affect any other pending deadlines in this matter, as there are none.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Hugh Baran (he/him)
Counsel for Respondent Lauren Wray

GRANTED.  In addition, Petitioner may file its response by June 20, 2024.

SO ORDERED.

Dated: May 8, 2024
       New York, New York

ANALISA TORRES
United States District Judge