```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/10/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILLBOARD MEDIA, LLC,

                      Petitioner,

    -against-

LAUREN WRAY,

                      Respondent.

23 Civ. 7809 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    On September 25, 2024, the Court adopted the report and recommendation of the Honorable Sarah L. Cave, concluding that Respondent Lauren Wray is compelled to arbitrate claims covered by her arbitration agreement with Petitioner Billboard Media, LLC.  ECF No. 29.  The Court directed the parties to "file a joint letter setting forth their positions on whether this matter should be stayed pending arbitration."  *Id.* at 6 (citing *Katz v. Cellco P'ship*, 794 F.3d 341, 345 (2d Cir. 2015)).  On October 9, 2024, Respondent filed a letter "request[ing] that the Court stay this matter during the pendency of the arbitration[.]"  ECF No. 30.  "Counsel for Petitioner have indicated that they do not oppose Respondent's request for a stay."  *Id.*

    Accordingly, this matter is STAYED pending arbitration.  *See Katz*, 794 F.3d at 345.  The parties shall file a joint status update within **30 days** of the conclusion of arbitration.  The Clerk of Court is respectfully directed to terminate all pending deadlines, hearings, and motions in this matter.

    SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge