UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILLBOARD MEDIA, LCC,

Petitioner,

-v-

LAUREN WRAY,

Respondent.

CIVIL ACTION NO. 23 Civ. 7809 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 10, 2024, Judge Torres stayed this matter pending arbitration and ordered that the parties file a joint status update within 30 days of the conclusion of the arbitration. (Dkt. No. 31 (the "Stay Order")).

Given the passage of time since the Stay Order, by **December 1, 2026**, the parties shall file a joint letter updating the Court as to the status of the arbitration.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**